PROB 22  
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*  
6:97-cr-00035-ADA

DOCKET NUMBER *(Rec. Court)*  
2:25-cr-00060-GMN-MDC-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Glenn Moore Rice, Jr. | Western District of Texas | Waco |

FILED ✓  
ENTERED  
RECEIVED  
SERVED ON  
MAR 12 2025  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF NEVADA  
BY: AMMi  DEPUTY

NAME OF SENTENCING JUDGE  
U.S. District Judge Walter S. Smith, Jr.

DATES OF PROBATION/SUPERVISED RELEASE  
FROM: 07/21/2022  
TO: 07/20/2027

**OFFENSE**

Third Superseding Count One-Conspiracy to Possess with Intent to Distribute Marijuana in violation of 21 U.S.C. § 846 [21 U.S.C. § 841(a)(1)]; Third Superseding Count Two-Possession with Intent to Distribute Marijuana in violation of 21 U.S.C. § 841(a)(1); Third Superseding Count Three-Aiding and Abetting in violation of 18 U.S.C. § 2; Third Superseding Count Four-Importation of Controlled Substance in violation of 21 U.S.C. § 952; Third Superseding Count Five-Laundering of monetary instruments in violation of 18

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision has permanent residence in the District of Nevada, Las Vegas Division with no intentions of returning to the Western District of Texas.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada, Las Vegas Division** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

03/12/2025  
Date

*signature*  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Nevada** DISTRICT OF **Las Vegas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 17, 2025  
Effective Date

*signature*  
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Glenn Moore Rice
Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

March 12, 2025

TO:   United States District Judge

On October 13, 1999, Glenn Moore Rice Jr. was sentenced by the Honorable Judge Walter S. Smith, Jr. in the Western District of Texas, Waco Division, to a term of 324 months imprisonment followed by five (5) years of supervised release for committing the offenses of Conspiracy to Possess with Intent to Distribute Marijuana, Possession with Intent to Distribute Marijuana, Aiding and Abetting, Importation of Controlled Substances, and Laundering of Monetary Instruments.

On July 27, 1999, Rice was sentenced in the Eastern District of New York to 360 months imprisonment followed by five (5) years of supervised release, to run concurrently with the sentence imposed in the Western District of Texas case 6:97CR00035-001, for committing the offense of Conducting a Continuing Criminal Enterprise. On March 7, 2023, the Honorable Judge Andrew P. Gordon accepted jurisdiction of Rice's Eastern District of New York case which is District of Nevada case 2:23CR00042-001. Rice commenced supervision on July 21, 2022, in the District of Nevada, where he has remained.

Rice has no intention of returning to the Western District of Texas. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Alan Albright has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.03.12 17:15:50 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Donnette Johnson-for*
Digitally signed by Donnette Johnson
Date: 2025.03.12 16:51:04 -07'00'

Joy Gabonia
Supervisory United States Probation Officer